STRIPLING, County Judge, v. LAKEY et al.

No. 3652.

Court of Civil Appeals of Texas. Beaumont.

March 28, 1940.

Charles McMillan and Ben Ramsey, both of San Augustine, for appellant.

Minton & Minton, of Hemphill, and John F. McLaurin, of San Augustine, for appellees.

O'QUINN, Justice.

This case is before us without brief for either party. The appeal is dismissed for want of prosecution.